IN THE SUPREME COURT OF TEXAS

 No. 07-0571

 IN RE SATTERFIELD & PONTIKES CONSTRUCTION, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed July 20, 2007, is
granted. All trial court proceedings in Cause No. DC-06-74, styled San
Diego Independent School District v. Satterfield & Pontikes, Inc., in the
229th District Court of Duval County, Texas, are stayed pending further
order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this September 14, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk